IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY PITT & ASSOCIATES,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 13-2398 |
| | : | |
| **LUNDY LAW, LLP, et al.** | : | |
| Defendants. | : | |

# ORDER

**AND NOW,** this 13th day of December 2013, upon consideration of Defendant's Motion to Dismiss [Doc. No. 19], Plaintiff's response in opposition, Defendants' reply and Plaintiff's sur-reply, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part for the reasons set forth in the accompanying Memorandum Opinion.  Counts I, II, III, IV, VI, VII and IX are dismissed without prejudice to Plaintiff's right to replead them on or before January 3, 2014.  If Plaintiff does not amend the complaint, Defendants' answer to the surviving counts of the Amended Complaint (Counts V and VIII) will be due on January 17, 2014.  If Plaintiff files a second amended complaint, Defendant's answer or responsive motion will be due on or before January 24, 2013.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE**