IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
**LARRY PITT & ASSOCIATES,** :
    **Plaintiff,** :
        v. : **CIVIL ACTION NO. 13-2398**
         :
**LUNDY LAW, LLP, et al.** :
    **Defendants.** :
_____:

## ORDER

**AND NOW**, this 30th day of September 2014, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint [Doc. No. 45], and the response, reply, and sur-reply thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as to Counts 1, 2, 3, 4, and 7, and **GRANTED** in part and **DENIED** in part as to Count 6. Counts 1, 2, 3, 4, and 7 are **DISMISSED** with prejudice, as Plaintiff has already twice amended these claims in response to motions to dismiss and a Memorandum Opinion of the Court, and further amendment would be inequitable and futile.

Defendants shall file their answers to Counts 5, 6, and 8 within 21 days of the date of this Order.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____
                                                **CYNTHIA M. RUFE, J.**