# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY PITT & ASSOCIATES,** : | |
|     **Plaintiff,** : | |
|         v. : | **CIVIL ACTION NO. 13-2398** |
| : | |
| **LUNDY LAW, LLP,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 28th day of February 2017, upon consideration of Plaintiff's Motion for Leave to File a Third Amended Complaint [Doc. No. 144] and the responses and replies thereto, and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

It is so **ORDERED.**

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**
                                            _____
                                            **CYNTHIA M. RUFE, J.**