IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY PITT & ASSOCIATES,** Plaintiff, | : : : |
| v. | : : CIVIL ACTION NO. 13-2398 : : |
| **LUNDY LAW LLP,** *et al*. Defendants. | : : |

## ORDER

**AND NOW**, this 15th day of February 2018, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 169), and the Opposition, Reply, Sur-Reply, Response to Sur-Reply, and Reply to Response to Sur-reply thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**